Urban Well Acupuncture, P.C., a/a/o Anthony Espinal, Plaintiff-Appellant,
against
Nationwide General Ins. Co., Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Frank P. Nervo, J.), entered October 1, 2012, which granted defendant's motion for summary judgment dismissing the complaint.




Per Curiam.
Order (Frank P. Nervo, J.), entered October 1, 2012, affirmed, with $10 costs (see Urban Well Acupuncture, P.C. v Nationwide Gen. Ins. Co., appeal numbered 16-102, decided herewith.)
THIS CONSTITUTES THE ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 15, 2016